UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ZIAD SHETAYH and MEYADA SHETAYH,
    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY CO.,
    Defendant

No. 5:20-cv-00693

# O R D E R

**AND NOW**, this 6th day of March, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss Count II, ECF No. 5, is **GRANTED**.

2. Count II is **DISMISSED without prejudice**.

3. **Within twenty days of the date of this Order**, Plaintiff may, consistent with the Opinion, file an amended complaint reasserting his claims with additional factual allegations to support Count II. If Plaintiff fails to timely file an amended complaint, the case will proceed on Count I of the Complaint, *see* ECF No. 1.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge