UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZIAD SHETAYH and MEYADA SHETAYH, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:20-cv-00693 |
| | : | |
| STATE FARM FIRE AND CASUALTY CO., | : | |
| Defendant | : | |

# O R D E R

**AND NOW**, this 19th day of November, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Quash, ECF No. 20, is **GRANTED**.

2. State Farm's subpoena served on the Northampton County District Attorney's Office for all documents "pertaining to Ziad and Meyada Shetayh and/or their property and/or the fire incident of March 23, 2019 at 786 Fir Drive, in Walnutport, Pennsylvania 18088," *see* Resp. Ex. E, ECF No. 22, is **QUASHED** to the extent that it seeks investigatory information as defined by Pennsylvania's Criminal History Record Information Act, 18 Pa. C.S. § 9101 *et seq*.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge